## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Hartman and Joanne Shank, | : | |
| Co-Administrators of the Estate of | : | |
| Mildred M. Hartman, deceased, and | : | |
| James Hartman and Joanne Shank, | : | |
| in their own right, | : | |
|       Plaintiffs, | : | |
| | : | Docket No.: 3:14-cv-02167 |
|       v. | : | (Magistrate Judge Saporito) |
| | : | |
| Sabor Healthcare Group and | : | |
| Whitestone Healthcare Group, LLC, | : | |
| i/t/a Whitestone Care Center, | : | |
|       Defendants. | : | JURY TRIAL DEMANDED |

### ORDER

AND NOW, this 21st day of September, 2015, in accordance with the court's Memorandum Opinion, it is hereby ORDERED that:

1.    A ruling on the defendants' motion to dismiss and to compel arbitration (Doc. 8) is DEFERRED pending a jury trial on the issue whether the decedent executed the arbitration agreement.

2.    A telephonic status conference is hereby set for **Friday, September 25, 2015 at 10:00 o'clock, A.M.** for the purpose of discussing an acceptable trial date on the issue of the execution of the arbitration

agreement.  The court shall initiate the conference call.

*s/ Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**